IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| TONY JACKSON #1504055 | § | |
| v. | § | CIVIL ACTION NO. 6:08cv300 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT

The Plaintiff Tony Lamar Ward Jackson, proceeding *pro se*, filed this civil rights lawsuit under 42 U.S.C. §1983 complaining of alleged violations of his constitutional rights. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

Jackson's lawsuit is largely incomprehensible. As the Magistrate Judge says, Jackson refers to "TDCJ-ID blood serum death wish since blood found to be very healthy" and indicates that he has some special kind of blood and so the Mexican Mafia is trying to kill him for his life's blood. He says that a Mexican Mafia member identified as "Roper Roper" or "Rupper Rupper" has been trying to kill his whole family with devil worshippers since 1996 because Jackson's blood serum is very healthy and makes good medicine which will help people with HIV and people with "slow working hearts." Jackson also conceded that he did not exhaust his administrative remedies.

Based on these pleadings, the Magistrate Judge issued a Report recommending that the lawsuit be dismissed, as factually frivolous and for failure to exhaust administrative remedies. Jackson filed objections to this Report on September 29, 2008. These objections appear to acknowledge that Jackson did not exhaust his administrative remedies. He then accuses the Clerk of this Court of being racially biased and prejudiced because the Clerk did not reopen another lawsuit

which Jackson had filed concerning devil worshippers. Jackson then refers to "Sgt. Door Becker," whom he refers to as a "pussy Klansman," and that "they" tried to give him "breast and semen cancer." Jackson states that his case is "large" and not "chomped-up bullcrap." His objections are without merit.

The Court has conducted a careful *de novo* review of the pleadings and documents in this case, including the plaintiff's complaint and subsequent letters, the Report of the Magistrate Judge, the Plaintiff's objections thereto, and all other pleadings, documents, and records in the case. Upon such *de novo* review, the Court has concluded that the Report of the Magistrate Judge is correct and that the Plaintiff's objections are without merit. It is accordingly

ORDERED that the Plaintiff's objections are overruled and the Report of the Magistrate Judge is ADOPTED as the opinion of the District Court. It is further

ORDERED that the above-styled civil action be and hereby is DISMISSED with prejudice as frivolous and for failure to exhaust administrative remedies. 28 U.S.C. §1915A. It is further

ORDERED that any and all motions which may be pending in this civil action are hereby DENIED.

**So ORDERED and SIGNED this 27th day of October, 2008.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**